# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

## CRIMINAL COMPLAINT

V.

**JENNIFER PAVAO and**
**CATALIN M. CANELO**
(Name and Address of Defendant)

M.J. No.: *04m - 1049-JoD*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 15,2004 through March 16, 2004** in **Barnstable** County and elsewhere in the District of **Massachusetts**, and elsewhere, the defendants did, (Track Statutory Language of Offense)

> unlawfully, knowingly, and intentionally conspire with others, known and unknown, to possess, and to possess with intent to distribute, cocaine, a Schedule II controlled substance,

in violation of Title **21** United States Code, Section **841 and 846**.

I further state that I am a(n) **Task Force Agent - DEA**

Official Title

and that this complaint is based on the following facts:

> **See Affidavit attached hereto and incorporated by reference herein.**

Continued on the attached sheet and made a part hereof: [x] Yes [ ]No

_Sean Balcom_

Signature of Complainant
SEAN E. BALCOM
Task Force Agent - DEA

Sworn to before me and subscribed in my presence,

**3/17/04** at **Boston, Massachusetts**

Date

City and State

**JUDITH GAIL DEIN**
**United States Magistrate Judge**
Name and Title of Judicial Officer

_Judith Gail Dein_

Signature of Judicial Officer