UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 04-1049-JGD |
| v. | ) | |
| | ) | |
| JENNIFER PAVAO and CATALIN | ) | |
| CANELO, | )) | |
| Defendant. | ) | |

### DISMISSAL OF CATALIN CANELO FROM COMPLAINT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the defendant, CATALIN CANELO, from the above-captioned Complaint which charges her with conspiracy to distribute, and to possess with intent to distribute, cocaine, in violation of 21 U.S.C. §§ 841 and 846. In support of this dismissal, the government states that it is in the best interests of justice to dismiss the complaint without prejudice at this time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
SUSAN M. POSWISTILO
Assistant U.S. Attorney

Leave to File Granted:

_____
Judith G. Dein
United States Magistrate Judge